# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2557
Lower Tribunal No. 2023-CF-009237

_____

MIGUEL RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Robert J. Egan, Judge.

July 28, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and SMITH, JJ., concur.


Robert L. Sirianni, Jr., of Brownstone, P.A., Winter Park, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED